UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | Criminal Action No. 1:24-cr-10281-IT-4 |
| JACOB LYFORD, | * | |
| | * | |
| Defendant. | * | |

ORDER

October 12, 2026

TALWANI, D.J.

Pursuant to 18 U.S.C. § 4285, the court ORDERS the United States Marshals Service ("USMS") to arrange for Defendant Jacob Lyford's one-way transportation from California to the District of Massachusetts to facilitate his appearance for sentencing on Tuesday, October 20, 2026, at 2:30 p.m. at the John J. Moakley Courthouse in Boston, Massachusetts.

USMS shall ensure that Defendant arrives in the District of Massachusetts by no later than 12:00 p.m. on Monday, October 19, to avoid unforeseen travel delays that could impact Defendant's appearance for sentencing and to permit Defendant to meet with his appointed CJA counsel, Attorney Inga L. Parsons, in preparation for sentencing.

IT IS SO ORDERED.

October 12, 2026

/s/ Indira Talwani
United States District Judge