**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**UNITED STATES OF AMERICA,**

**v.** **Crim No. 1:24-cr-10281-IT-4**

**JACOB LYFORD,**
**Defendant.**

**ORDER**

The court, having found that the Defendant in the above-entitled matter is indigent and financially unable to pay expenses necessary for transportation from his home in California to Boston for court proceedings, hereby ORDERS the United States Marshals Service, pursuant to 18 U.S.C. § 4285, to provide the Defendant's travel arrangement from Sacramento, CA to Boston, MA so that he may attend his sentencing on Tuesday, October 20, 2026, at 2:30 p.m. at the John J. Moakley Courthouse in Boston, Massachusetts.

USMS shall ensure that Defendant arrives in the District of Massachusetts by no later than 12:00 p.m. on Monday, October 19, to avoid unforeseen travel delays that could impact Defendant's appearance for sentencing and to permit Defendant to meet with his appointed CJA counsel, Attorney Inga L. Parsons, in preparation for sentencing.

**Date: October 13, 2026** /s/Indira Talwani
**Indira Talwani, U.S. District Judge**